IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAM FRANCHI, Individually and On Behalf of All Others Similarly Situated, | : : : |
| *Plaintiff*, | : Civil Action No.: 18-9006(JMV)(CLW) : |
| v. | : : |
| | : CLASS ACTION |
| PHH CORPORATION, JANE D. CARLIN, ROBERT B. CROWL, JAMES O. EGAN, JAMES C. NEUHAUSER, CHARLES P. PIZZI, KEVIN STEIN, and CARROLL R. WETZEL, JR., | : : : : : : |
| *Defendants*. | : : |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff Adam Franchi, by and through his undersigned attorneys, hereby voluntarily dismisses the above-captioned action with prejudice as to Plaintiff only pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: June 12, 2018

By:

**LITE DEPALMA GREENBERG, LLC**

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
Email: bgreenberg@litedepalma.com

*Attorneys for Plaintiff*

So Ordered.

John Michael Vazquez, U.S.D.J.

Date: 6/14/18